IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| TRACEE HENDRICKS, | ) | Case Number: 21-30040 |
| Debtor. | ) | |

DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF DISMISSAL

COMES NOW the Debtor, by and through undersigned counsel, and in response to the Trustee's Notice of Dismissal states the following:

1. Debtor filed a Chapter 13 petition on January 12, 2021.

2. Debtor admits that she has fallen behind on her Chapter 13 trustee payments. Debtor has had unexpected expenses and has not able to make her trustee payments.

WHEREFORE, PREMISES CONSIDERED, Debtor moves this Honorable Court to deny the Trustee's motion to dismiss and for such other, further or different relief to which Debtor may be shown to be entitled.

Respectfully submitted this the 4th day of October, 2021.

/s/ Paul D. Esco
PAUL D. ESCO ASB-3772-O61P
Attorney for Debtor

OF COUNSEL:
PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 Zelda Road; Suite 200-7
Montgomery, Alabama 36106
334/832-9100
334/832-4527 [fax]
E-mail: paul.esco@aol.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on this the 4th day of October, 2021, a copy of the foregoing was served electronically or by Regular U.S. Mail to the Chapter 13 Trustee and all interested parties.

                                        /s/ Paul D. Esco
                                        PAUL D. ESCO